ROANNE L. MANN
UNITED STATES MAGISTRATE JUDGE

DATE: June 28, 2013
START: ~~11:30 a.m.~~ 12:05 pm
END: 12:25 pm

DOCKET NO: 13-CV-1132 (RJD)

CASE: Gluck v. Professional Recovery Services, Inc.

✓ INITIAL CONFERENCE
___ DISCOVERY CONFERENCE
___ SETTLEMENT CONFERENCE
___ OTHER/ORDER TO SHOW CAUSE
___ FINAL/PRETRIAL CONFERENCE
___ TELEPHONE CONFERENCE

FOR PLAINTIFF: Yanina Tabachnikova

FOR DEFENDANT: Arthur Sanders

FACT DISCOVERY TO BE COMPLETED BY November 1, 2013 ~~10:30 a.m.~~

✓ NEXT Settlement CONFERENCE SCHEDULED FOR Sept. 12, 2013 at 10:30 A

___ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY

___ PL. TO SERVE DEF. BY: ___ DEF. TO SERVE PL. BY: ___

RULINGS: **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

Automatic disclosures should be amended by July 2, 2013. In particular, plaintiff must identify her actual damages, if any, and whether she has any audio recordings of the phone calls complained of.

Pleadings may be amended and new parties added until August 16, 2013.

Requests for a premotion conference are due by November 8, 2013.